**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1346

AMAR BEY,

Plaintiff - Appellant,

versus

UNITED PARCEL SERVICE, INCORPORATED; TEAMSTERS
LOCAL UNION NO. 71,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville. Richard L. Voorhees,
District Judge. (5:05-cv-00208)

Submitted: August 24, 2006          Decided: August 29, 2006

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Amar Bey, Appellant Pro Se. Meredith S. Jeffries, Susan Ballantine
Molony, ALSTON & BIRD, LLP, Charlotte, North Carolina; John David
James, SMITH, JAMES, ROWLETT & COHEN, LLP, Greensboro, North
Carolina; James Francis Wallington, BAPTISTE & WILDER, PC,
Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Amar Bey appeals the district court's order dismissing his claim that his employer violated Section 301 of the Labor Management Relations Act ("LMRA") and that his union breached its duty of fair representation regarding his termination. The district court construed his complaint to be a "hybrid 301" action under the LMRA. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bey v. UPS, No. 5:05-cv-00208 (W.D.N.C. Feb. 13, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED